# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-1796
Lower Tribunal No. 2023-DP-000049

_____

In the Interest of A.H., a child.

C.J.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and STATEWIDE GUARDIAN AD LITEM OFFICE,

Appellees.

_____

Appeal from the Circuit Court for Osceola County.
Tom Young, Judge.

November 17, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and GANNAM, JJ., concur.


H. Kyle Fletcher, of Fletcher Law Firm, Oviedo, for Appellant.

Kelley Schaeffer, Appellate Counsel, of Children's Legal Services, Bradenton, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Appellate Division, of Statewide Guardian ad Litem Office, Tallahassee, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED